■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER HABERSHARN, Appellant. [64 NYS3d 891]—

Order, Supreme Court, New York County (Ronald A. Zweibel, J.), entered on or about May 5, 2016, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, or did not otherwise support a departure. Defendant's conduct and accomplishments while incarcerated were not so extraordinary as to warrant a departure, given the seriousness of the underlying offense against a 12-year-old child. Concur—Renwick, J.P., Manzanet-Daniels, Andrias, Kern and Oing, JJ.